IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAKEISHA SPICER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC | ) |
| and NATIONSTAR MORTGAGE LLC, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:20-CV-3181-C |

**ORDER**

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed June 14, 2021, pursuant to Federal Rule of Civil Procedure 41.

**IT IS THEREFORE ORDERED** that all claims asserted against Equifax Information Services, LLC, in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same. This is a **partial dismissal** and does not affect Plaintiff's claims against the remaining Defendant.

SO ORDERED this 15th day of June, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE